**UNITED STATES of America,**

v.

**Donald L. DONOVAN, Appellant.**

**No. 04–2405.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) March 7, 2005.

Decided March 31, 2005.

Robert E. Lindsay, Alan Hechtkopf, Michael E. Karam, United States Department of Justice Tax Division, Washington, DC, for United States of America.

Eleni Kousoulis, Office of Federal Public Defender, Wilmington, DE, for Appellant.

Before SCIRICA, Chief Judge, ROTH and BECKER, Circuit Judges.

## OPINION OF THE COURT

SCIRICA, Chief Judge.

Following a jury trial in the District of Delaware, appellant Donald Lee Donovan

was found guilty of eight counts of tax evasion. He was sentenced on May 7, 2004. Donovan does not challenge his conviction.

Appellant challenges his sentence under *United States v. Booker*, 543 U.S.—, — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*.